UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CB DISTRIBUTORS, INC., a
Wisconsin corporation,

    Plaintiff,

vs.

INNOVATION VENTURES, L.L.C.,
d/b/a LIVING ESSENTIALS, a
Michigan limited liability company,

    Defendant.

Case No. 3:09-CV-284
Honorable Stephen L. Crocker

**ORDER**

---

Based upon the Stipulation of Dismissal with Prejudice signed by counsel for Plaintiff CB Distributors, Inc. and Defendant Innovation Ventures, L.L.C., the Court makes the following:

### ORDER

Plaintiff CB Distributors, Inc.'s action is hereby dismissed with prejudice. Each party is to bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 12-10-09

_____
Stephen L. Crocker
United States Magistrate Judge

848259