IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CB DISTRIBUTORS, INC., a Wisconsin
corporation,

       Plaintiff,

v.

INNOVATION VENTURES, LLC,
doing business as LIVING ESSENTIALS,
a Michigan limited liability company,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-284-slc

---

    This action came for consideration before the court with Magistrate Judge
STEPHEN L. CROCKER  presiding.  The issues have been considered and a decision
has been rendered.

---

    IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Each party is to bear its own costs.

_____
Peter Oppeneer, Clerk of Court

_12_/_16_/_09_
Date